EFILED IN OFFICE - AJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/19/2026 5:18 PM
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☐ **Superior or** ☒ **State Court of** Gwinnett State Court **County**

**For Clerk Use Only**

**Date Filed** ____________________ **Case Number** 26-C-11297-S7
**MM-DD-YYYY**

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| Wetherington Law Firm, P.C. | Knott Laboratory LLC |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| | Henry V. Mowry |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| | Jason P. Evans |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| | |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |

**Plaintiff's Attorney** Robert N. Friedman **State Bar Number** ______________ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☒ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

________________ **Case Number** ________________ **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

________________ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

EFILED IN OFFICE - AJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/19/2026 5:18 PM
TIANA P. GARNER, CLERK

**IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

WETHERINGTON LAW FIRM, P.C.,

Plaintiff,

v.

KNOTT LABORATORY LLC;
HANK V. MOWRY; and
JASON P. EVANS,

Defendants.

Civil Action File No.
26-C-11297-S7

JURY TRIAL DEMANDED

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

This action arises from Defendants providing negligent professional engineering services to Plaintiff. As a result of Defendants' negligence, Plaintiff suffered bodily injuries and damages for which he is entitled to recover.

## 1. PARTIES, JURISDICTION, AND VENUE

1.1. Plaintiff is a citizen and resident of the State of Georgia. By filing this Complaint, Plaintiff submits to the jurisdiction of this Court.

1.2. Defendant Knott Laboratory LLC ("Knott") is a foreign limited liability company with its principal office in Centennial, Colorado that is registered to do business in Georgia. This court has personal jurisdiction over Knott because it regularly transacts business in Georgia, is registered to do business in Georgia, regularly transacts business in Georgia, and receives significant profits from Georgia. Venue is proper in this Court as to Knott because it maintains its registered agent in Gwinnett County. Knott may be served with process of this action through its registered agent Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

1.3. Defendant Henry "Hank" V. Mowry ("Mowry") is a citizen and resident of the State of

Colorado. This court has personal jurisdiction over Mowry because he is a joint tortfeasor with Defendant Knott who resides in Gwinnett County. Venue is appropriate in Gwinnett County because Mowry is a joint tortfeasor Defendant Knott who resides in Gwinnett County. Mowry may be served at 708 Pattee Hill Road, Milton, VT 05468.

1.4. Defendant Jason Paul Evans ("Evans") is a citizen and resident of the State of Colorado. This court has personal jurisdiction over Mowry because he is a joint tortfeasor with Defendant Knott who resides in Gwinnett County. Venue is appropriate in Gwinnett County because Mowry is a joint tortfeasor Defendant Knott who resides in Gwinnett County. Evans may be served at 303 Meadows Circle, Bayfield, CO 81122.

## 2. OPERATIVE FACTS

2.1. On or about October 5, 2022, Plaintiff retained Knott to inspect a brake failure in a 2013 Ford F-350 Super Duty XLT pickup truck that was involved in a motor vehicle crash on May 11, 2022.

2.2. Before the inspection, the Plaintiff told Knott's Vice President of Engineering, Mowry, that it needed Knott to determine the cause of the brake failure and to confirm whether the work billed on a Tires Plus Invoice had been performed.

2.3. Plaintiff gave Knott the invoice for that purpose. The invoice is attached here as Exhibit A.

2.4. Knott issued no written report.

2.5. The next day, Mowry reported by telephone that the inspection found no visible deficiencies in the Tires Plus brake service invoice.

2.6. Knott issued no written report.

2.7. Knott took 228 photographs and three videos during the October 19, 2022, inspection. Among them, the inspector photographed the rear calipers and rotor edges from underneath the truck.

2.8. Knott’s own photographs show the following:

(a) Heavy, established corrosion. The edges of the rotors, are covered in dark-brown corrosion.

(b) Not the billed part. The rotors in the photographs are not visually consistent with the rotors billed on the invoice.

2.9. The Tires Plus technician has since admitted under oath that he reinstalled the worn original rotors, and billed the customer $481.98 for new ones anyway.

2.10. Relying on Knott’s opinion that the inspection had turned up nothing, Plaintiff referred the case to outside counsel and surrendered seventy percent of its fee.

2.11. Had Defendants informed Plaintiff of the inconsistencies in the invoice, Plaintiff would have kept the case.

2.12. Plaintiff brings this action to recover the fee it lost.

3. **PROFESSIONAL NEGLIGENCE**

3.1. Based on Erick H. Schlender, P.E. review of the inspection photos taken by Defendants and the Tires Plus Invoice, it is his professional opinion that the work performed by Defendants was below the standard of care. (Affidavit of Erick H. Schlender, P.E., attached here as Exhibit B).

3.2. When a forensic engineer is requested to examine a vehicle brake system and specifically evaluate whether recently completed brake system service was actually performed as indicated on an invoice the standard of care requires the engineer to observe the brake components in question. *Id.*

3.3. When comparing these brake components and a service invoice, this would typically include visually assessing whether the parts are generally consistent with being new parts in terms of their appearance. *Id.*

3.4. If one of the key objectives of the brake inspection is to assess whether billed parts where actually installed and, if the parts in question are not generally consistent with being new parts, the forensic engineer should report the inconsistency between the physical evidence and the service documentation to the client. *Id.*

3.5. When the physical condition of evidence suggests that the component is inconsistent with an invoice implying that new parts are installed, the standard of care requires the engineer to report that inconsistency to the client. *Id.*

3.6. An engineer should not report that an inspection found no deficiency in a brake service when the condition of the components in the inspection's own photographs suggest that the invoiced components were not installed. *Id.*

3.7. An engineer who directs an inspection performed by another member of the firm, and reports its results to the client, should review the inspection photographs before reporting. *Id.*

3.8. Knott, Mowry, and Evans each failed to meet the standard of care. *Id.*

3.9. Evans breached the standard of care by: (a) failing to recognize that the rotors he photographed, uncoated, heavily corroded, were not visually consistent with the new painted rotors billed on Invoice No. 242209; (b) failing to compare the visible condition of the rotors against the invoice he had been given; and (c) failing to report that inconsistency. *Id.*

3.10. Mowry breached the standard of care by: (a) failing to review the inspection photographs, which showed that the rear rotors were not visually consistent with the

new painted rotors billed on Invoice No. 242209, before reporting the results to the client; (b) reporting that the inspection found no deficiency in the Tires Plus brake service when the inspection's own photographs showed a visual inconsistency with the billed rotors; and (c) failing to report that inconsistency. *Id.*

3.11. Knott, acting through Mowry and Evans, breached the standard of care in each of the same ways described for Mowry and Evans. *Id.*

3.12. Had Evans and Mowry met the standard of care, Defendants would have reported to Wetherington Law Firm, P.C. in October 2022 that its own photographs showed the rear rotors were visually inconsistent with new painted rotors billed on Invoice No. 242209. *Id.*

3.13. Relying on Defendants' opinion that the inspection had turned up nothing, Plaintiff referred the case to outside counsel and surrendered seventy percent of its fee.

3.14. Had Defendants informed Plaintiff of the inconsistencies in the invoice, Plaintiff would have kept the case.

3.15. As the proximate result of Defendants' negligence, Plaintiff suffered damages and is entitled to recover for all losses, flowing from, substantially caused by, or resulting from, Defendants' negligence, as to be shown more fully by the evidence at trial.

3.16. Plaintiff has complied with the requirements of O.C.G.A. § 9-11-9.1.

4. **<u>NEGLIGENCE</u>**

4.1. In the alternative, and not in addition to Plaintiff's professional negligence claims, Plaintiff asserts that the work performed by Defendants was below the standard of ordinary care.

4.2. Evans breached the standard of care by: (a) failing to recognize that the rotors he photographed, uncoated, heavily corroded, were not visually consistent with the new

painted rotors billed on Invoice No. 242209; (b) failing to compare the visible condition of the rotors against the invoice he had been given; and (c) failing to report that inconsistency.

4.3. Mowry breached the standard of care by: (a) failing to review the inspection photographs, which showed that the rear rotors were not visually consistent with the new painted rotors billed on Invoice No. 242209, before reporting the results to the client; (b) reporting that the inspection found no deficiency in the Tires Plus brake service when the inspection's own photographs showed a visual inconsistency with the billed rotors; and (c) failing to report that inconsistency.

4.4. Knott, acting through Mowry and Evans, breached the standard of care in each of the same ways described for Mowry and Evans.

4.5. Had Evans and Mowry met the standard of care, Defendants would have reported to Wetherington Law Firm, P.C. in October 2022 that its own photographs showed the rear rotors were visually inconsistent with new painted rotors billed on Invoice No. 242209.

4.6. Relying on Defendants' opinion that the inspection had turned up nothing, Plaintiff referred the case to outside counsel and surrendered seventy percent of its fee.

4.7. Had Defendants informed Plaintiff of the inconsistencies in the invoice, Plaintiff would have kept the case.

4.8. As the proximate result of Defendants' negligence, Plaintiff suffered damages and is entitled to recover for all losses, flowing from, substantially caused by, or resulting from, Defendants' negligence, as to be shown more fully by the evidence at trial.

5. **<u>VICARIOUS LIABILITY</u>**

5.1. As stated above, Plaintiff alleges that Defendants are liable to Plaintiff for the negligent

services Defendants provided to Plaintiff.

5.2. Plaintiff further alleges that all Defendants were acting in the course and scope of their employment and/or agency with Knott when they provided services to Plaintiff.

5.3. As such, Knott is liable to Plaintiff under the doctrines of respondeat superior, vicarious liability, and/or statutory employer liability for the tortious acts and omissions of Defendants.

5.4. Relying on Defendants' opinion that the inspection had turned up nothing, Plaintiff referred the case to outside counsel and surrendered seventy percent of its fee.

5.5. Had Knott performed the inspection it was hired to perform, Plaintiff would have kept the case.

5.6. As the proximate result of Defendants' negligence, Plaintiff suffered damages and is entitled to recover for all losses, flowing from, substantially caused by, or resulting from, Defendants' negligence, as to be shown more fully by the evidence at trial.

6. **<u>DAMAGES CLAIMED</u>**

6.1. All damages claimed in this action were proximately caused by the tortious acts and omissions of Defendants.

6.2. Plaintiff claims monetary damages against Defendants for:

6.2.1. All damages caused by Defendants' negligence; and

6.2.2. For special damages including all losses, flowing from, substantially caused by, or resulting from, Defendants' negligence, as to be shown more fully by the evidence at trial.

7. **WHEREFORE Plaintiff prays that he be granted the following relief:**

7.1. That a copy of the Summons and Complaint be served upon the Defendants;

7.2. That Plaintiff have a trial by jury as to each and every appropriate issue;

7.3. Judgment against all Defendants;

7.4. That Plaintiff have and recover all damages for all losses compensable under Georgia law as set forth above;

7.5. That all costs of this action be cast against Defendants; and

7.6. Any and all such further relief as the Court may deem just and appropriate.

This 19th day of October 2026.

**WETHERINGTON LAW FIRM, P.C.**

*/s/ ROBERT N. FRIEDMAN*

ROBERT N. FRIEDMAN
Georgia Bar No. 945494
MATTHEW Q. WETHERINGTON
Georgia Bar No. 339639

*Counsel for Plaintiff*

1800 Peachtree St., NW
Suite 370
Atlanta, Georgia 30309
Phone/Fax: (404) 888-4444
robert@wfirm.com
matt@wfirm.com

# EXHIBIT A

# Tires Plus Invoice

**Retail Invoice** 242209
Printed/Emailed on 05/23/2022
Emailed to nakeyawelch1975@gmail.com
**Cust Status:** Waiting **Appt:** Yes

TIRES PLUS TOTAL CAR CARE
www.TiresPlus.com
**DUPLICATE INVOICE**

**Store# 247257**
**In:** 04/10/22 11:40AM
**Out:** 04/10/22 05:14PM

**TP-BUCKHEAD - 3041 PIEDMONT RD NE, ATLANTA, GA. 30305-2625 - 404.814.1751**

**Service Advisor:** 7 ASTIN
**Wheel Lock:**
**Technician:** 05 WEEZY

**Customer Details:**
WILLIAMS, CLAYTON
2301 PEACHTREE PARK DR NE

ATLANTA, GA 30309-1331
470.263.6818

Alt. Auth. Name & Phone:
N/A

**Vehicle Details:**
2013 FORD F-350 SUPER DUTY XLT

6.7L V8 FI DIESEL VIN T OHV
**VIN #:** 1FT8W3CT5DEA12405
**LIC #:** SDG567 GA [WHITE]
**MILEAGE:** 250,632

| Description | Rev Hist | /Article # | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|---|
| **COURTESY CHECK** | | | 07 | | | | |
| Battery Test Results:Your battery is measuring within the manufacturer's specification for required CCA. Your battery has sufficient power and should reliably start the vehicle. You're recommended to have your battery tested after 90 days. | | | | | | | |
| COURTESY CHECK | | 7046930 | 05NS | 1 | N/C | N/C | |
| **CAR CARE PACKAGE** | | | 07 | | | | **9.99** |
| Battery Test Results:Your battery is measuring within the manufacturer's specification for required CCA. Your battery has sufficient power and should reliably start the vehicle. You're recommended to have your battery tested after 90 days.<br>No Symptoms<br>No Brake Symptoms | | | | | | | |
| **PKG: 01 COMPLETE VEHICLE INSPECTION** | | | | | | | |
| VEHICLE INSPECTION | | 7028789 | 05NN | 1 | 21.99 | 21.99 | |
| **PKG: 02 TIRE ROTATION W/ OTHER SERVICES** | | | | | | | |
| TIRE ROTATION - NO CHARGE | | 7001119 | 05NS | 1 | N/C | N/C | |
| **PKG: 03 ELECTRONIC BATTERY CHECK** | | | | | | | |
| ELECTRONIC BATTERY CHECK | | 7002909 | 05NS | 1 | N/C | N/C | |
| **PKG: 04 TIRE AIR PRESSURE CHECK** | | | | | | | |
| TIRE AIR PRESSURE CHECK | | 7002937 | 05NS | 1 | N/C | N/C | |
| LBR-DISC DISCOUNT - LABOR | | 7004302 | 05N | -1 | 12.00 | -12.00 | |
| **FULL SYNTHETIC DIESEL OIL CHANGE** | | | 07 | | | | **186.98** |
| 13.0 QTS.<br>MOTORCRAFT Motor Oil SAE 10W-30 Super Duty, SAE 15W-40 Super Duty, SAE 5W-40 Super Duty, 0W-30 Super Duty, or equivalent<br>The Manufacturer recommends an Oil Change when an associated dash board indicator light is lit...See Owner's manual for specific requirements. | | | | | | | |
| PZ177 OIL FILTER | | 7011950 | 05TN | 1 | 4.99 | 4.99 | |
| 5W-40 T6 ROT FULL SYN OIL 10QT | | 7015386 | 05TN | 1 | 145.00 | 145.00 | |
| ADDITIONAL OIL REQUIRED 3.0 QTS @ $1.30 PER 1/10 QTS | | 7034621 | 05TN | 30 | 1.30 | 39.00 | |
| PREMIUM DIESEL OIL CHANGE LABOR | | 7034603 | 05NS | 1 | 5.00 | 5.00 | |
| USED OIL FILTER RECYCLING CHG (1) | | 7075051 | 05TN | 1 | 2.99 | 2.99 | |
| PRT-DISC $10 Off Full Synthetic Oil Change | | 7001674 | 05T | -1 | 9.75 | -9.75 | |
| LBR-DISC $10 Off Full Synthetic Oil Change | | 7001674 | 05N | -1 | 0.25 | -0.25 | |
| **BRAKE FLUID EXCHANGE** | 1,4 | | 07 | | | | **71.99** |

**Retail Invoice**
242209
Printed/Emailed on 05/23/2022
Emailed to
nakeyawelch1975@gmail.com
**Cust Status:** Waiting **Appt:** Yes

TIRES PLUS TOTAL CAR CARE
www.TiresPlus.com
**DUPLICATE INVOICE**

**Store# 247257**
**In:** 04/10/22 11:40AM
**Out:** 04/10/22 05:14PM

**TP-BUCKHEAD - 3041 PIEDMONT RD NE, ATLANTA, GA. 30305-2625 - 404.814.1751**

| Description | Rev Hist | /Article # | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|---|
| BRAKE FLUID EXCHANGE | | 7088943 | 05TN | 1 | 19.99 | 19.99 | |
| BRAKE FLUID EXCHANGE LABOR | | 7086967 | 05NS | 1 | 60.00 | 60.00 | |
| PRT-DISC 10% OFF Wrench Service Referrals | | 7001644 | 05T | -1 | 2.00 | -2.00 | |
| LBR-DISC 10% OFF Wrench Service Referrals | | 7001644 | 05N | -1 | 6.00 | -6.00 | |
| **STANDARD BRAKE SERVICE - REAR** | 1,3 | | 07 | | | | **353.99** |
| PMD1691H BRAKE PADS-PROF PLAT 1 EA CWPL | | 7001880 | 05TN | 1 | 122.99 | 122.99 | |
| BASIC BRAKE JOB REAR | | 7087076 | 05NS | 1 | 125.00 | 125.00 | |
| BASIC BRAKE JOB REAR | | 7087076 | 05NS | 1 | 146.00 | 146.00 | |
| **LABOR ADJUSTMENT** | | | | | | | |
| PRT-DISC $40 Off Standard Brake Service (REAR) | | 7001644 | 05T | -1 | 12.49 | -12.49 | |
| LBR-DISC $40 Off Standard Brake Service (REAR) | | 7001644 | 05N | -1 | 27.51 | -27.51 | |
| **BRAKE ROTORS - REAR** | 2 | | 07 | | | | **481.98** |
| YH482220P Painted rotor 1 EA CQPRT | | 7020435 | 05TN | 2 | 240.99 | 481.98 | |
| **FLAT REPAIR & BALANCE 55 SERIES AND ABOVE (Front-Left)** | 3 | | 07 | | | | **19.99** |
| FLAT REPAIR - PATCH-PLUG | | 7020060 | 05TN | 1 | 1.99 | 1.99 | |
| FLAT REPAIR BALANCE LABOR | | 7013645 | 05NS | 1 | 7.00 | 7.00 | |
| FLAT REPAIR LABOR | | 7019488 | 05NS | 1 | 11.00 | 11.00 | |

## ORDER NOTES

none.
On Line Customer requested work: Brakes
On Line Customer requested work: Oil & Filter Change

***All parts are new unless otherwise specified.***

Payment History:

| | | | |
|---|---|---|---|
| Debit | 9502 | 1,216.80 | 068205 Sale |

MID: 222220328017
Term: 0001 Card Inserted
AID:A0000000980840 PIN VERIFIED
Total Tendered 1,216.80

**Summary:**

| | |
|---|---|
| **Parts** | 794.69 |
| **Labor** | 330.23 |
| **Shop Supplies** | 22.42 |
| **Sub-Total** | 1,147.34 |
| **Tax (8.50%)** | 69.46 |
| **Total** | $1,216.80 |

I acknowledge notice and oral approval of a change in the original estimated price.

Signature or Initials

| Revision History: | Rev Amt | |
|---|---|---|
| 1) 04/10/2022 01:21PM | 1064.62 | WILLIAMS, CLAYTON 470.263.6818 |
| 2) 04/10/2022 01:31PM | -30.38 | WILLIAMS, CLAYTON 470.263.6818 |
| 3) 04/10/2022 04:10PM | -21.63 | WILLIAMS, CLAYTON 470.263.6818 |
| 4) 04/10/2022 04:10PM | -8.62 | WILLIAMS, CLAYTON 470.263.6818 |

WE SUPPORT PROFESSIONAL CERTIFICATION THROUGH THE National Institute for AUTOMOTIVE SERVICE EXCELLENCE

I have received the above goods and/or services. If this is a credit card purchase, I agree to pay and comply with my cardholder agreement with the issuer.

Customer Signature

MOTORIST ASSURANCE PROGRAM
BUILDING TRUST THROUGH STANDARDS



**Information on service warranty, maintenance, and safety can be located at https://www.tiresplus.com/auto-repair-services/repair-service-warranty/**

**Retail Invoice**
242209
Printed/Emailed on 05/23/2022
Emailed to
nakeyawelch1975@gmail.com

**Store# 247257**
**In:** 04/10/22 11:40AM
**Out:** 04/10/22 05:14PM

www.TiresPlus.com

**Cust Status:** Waiting **Appt:** Yes

**DUPLICATE INVOICE**

**TP-BUCKHEAD - 3041 PIEDMONT RD NE, ATLANTA, GA. 30305-2625 - 404.814.1751**

**HOW ARE WE DOING?**
Tell us about your experience today!
Complete a 4-minute survey for a chance to win one of ten $50 gift cards each month!
Visit www.TiresPlusSurvey.com within 4 days and enter Code 247257-242209

# EXHIBIT B

# O.C.G.A. § 9-11-9.1 Affidavit of Erick H. Schlender, P.E.

**AFFIDAVIT OF ERICK H. SCHLENDER, P.E.**

Personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, ERICK H. SCHLENDER, P.E., who, being duly sworn, states as follows:

1. I am over eighteen years of age, competent to give this Affidavit, and under no legal disability. This Affidavit is based on my personal knowledge and my education, training, and experience as a professional engineer.

2. I hold a Bachelor of Science in Mechanical Engineering from the Georgia Institute of Technology (2003, highest honors). I am a registered Professional Engineer in Georgia (No. PE035114), Alabama (No. 40139), Florida (No. 73698), North Carolina (No. 40586), South Carolina (No. 31048), Tennessee (No. 127019), and Virginia (No. 0402062983). I serve on the NCEES committee that develops the Mechanical Professional Engineer examination, and am a member of the National Society of Professional Engineers.

3. I was licensed as a Professional Engineer in Georgia, the state in which I was practicing, in October 2022, when the acts and omissions described below occurred.

4. Since October 2018, I have been a Senior Forensic Engineer with Applied Technical Services, 1049 Triad Court, Marietta, Georgia 30062. From 2009 to 2012, I was a forensic engineer with FORCON International, where my investigations included vehicles. My practice consists of the investigation, inspection, testing, and failure analysis of automotive parts, vehicles, hydraulic systems, and other mechanical equipment to determine the cause of failures and incidents, including the non-destructive examination, measurement, and documentation of components in their as-found condition. I have been trained in traffic crash reconstruction through the Northwestern University Center for Public Safety. I was regularly engaged in the active practice of forensic mechanical engineering in at least three of the five years preceding

October 19, 2022, and I have actual professional knowledge and experience in the area of practice in which I give these opinions. My curriculum vitae is attached as Exhibit 1.

5. Through that practice, I am familiar with the degree of care, skill, and diligence ordinarily employed by professional engineers practicing forensic engineering under similar conditions and like surrounding circumstances (the "standard of care"), including in the visual inspection of a vehicle for the cause of a brake failure and the comparison of its components against a repair invoice. The standard of care is the same in Georgia, Colorado, and throughout the United States. It governs both the engineer who performs an inspection and the engineer who assigns, directs, and reports an inspection performed by others in the firm.

6. In forming my opinions, I reviewed:

(a) Tires Plus Invoice No. 242209, dated April 10, 2022, for brake service on Clayton Williams, III's 2013 Ford F-350;

(b) the October 6 and October 18, 2022, emails between Wetherington Law Firm, P.C. and Knott Laboratory, LLC, including the October 6 email accepting Knott Laboratory's inspection proposal and transmitting Invoice No. 242209 and the crash report;

(c) Knott Laboratory's photographs from its October 19, 2022, inspection of the Williams truck and trailer;

(d) an exemplar painted rear brake rotor (CarQuest Part Number YH482220P) located at Advanced Auto Parts located at 1751 Marietta Hwy, Canton, GA 30114 examined on October 16, 2026.

7. Invoice No. 242209 records that on April 10, 2022, Tires Plus replaced the rear brake pads and replaced both rear rotors with new painted rotors, part YH482220P, at $240.99 each, on Mr. Williams's truck. The invoice states: "All parts are new unless otherwise specified."

8. On May 11, 2022, thirty-one days later, it is reported that truck's brakes failed on Wolf Creek Pass in Colorado, and the truck overturned.

9. In October 2022, Wetherington Law Firm, P.C. retained Knott Laboratory to inspect the truck and trailer. Before the inspection, the firm told Knott Laboratory's Vice President of Engineering, Henry V. Mowry, P.E., that it needed Knott Laboratory to determine the cause of the brake failure and to confirm whether the work billed on Invoice No. 242209 had been performed, and gave Knott Laboratory the invoice for that purpose.

10. Mr. Mowry assigned the inspection to Jason P. Evans, a project manager who is not a licensed professional engineer. Mr. Evans inspected the truck and trailer in Colorado on October 19, 2022. The next day, Mr. Mowry reported by telephone that the inspection found no deficiency in the Tires Plus brake service. Knott Laboratory issued no written report.

11. Knott Laboratory took 228 photographs and three videos during the October 19, 2022, inspection. Among them, the inspector photographed the rear calipers and rotor edges from underneath the truck (IMG_2481, IMG_2487, IMG_2489, and IMG_2492). A copy of IMG_2487 is attached as Exhibit 2.

12. Knott Laboratory's own photographs show the following:

(a) Heavy, established corrosion. The edges of the rotors, are covered in dark-brown corrosion (IMG_2481, IMG_2487, IMG_2489, and IMG_2492). This level of corrosion is, in general, more consistent with an extended period of service, rather than the light surface rust that forms on an exposed surface while a vehicle sits.

(b) Not the billed part. The rotors in the photographs are not visually consistent with the rotors billed on the invoice. Invoice No. 242209 billed new, painted rotors, Carquest part YH482220P. Based on my personal inspection of an exemplar rotor that I examined at Advance

Auto Parts on October 16, 2026, this model of painted rotor carries a light gray factory paint coating on its hub, and rotor edges, and other non-friction surfaces. A representative photograph of the exemplar rear brake rotor is attached as Exhibit 3. The Carquest packaging for this rotor indicates that the rotor is "RUST RESISTANT." Additionally, the packaging states "The RotorShield rust inhibiting barrier provides up to 5x more protection than non-painted rotors." A review of rotors shown in Knott Laboratory's photographs shows severe corrosion (i.e. rust) in areas where a light gray coating would be expected to be found based on a review of an exemplar rotor (IMG_2481, IMG_2487).

13. When a forensic engineer is requested to examine a vehicle brake system and specifically evaluate whether recently completed brake system service was actually performed as indicated on an invoice the standard of care requires the engineer to observe the brake components in question. When comparing these brake components and a service invoice, this would typically include visually assessing whether the parts are generally consistent with being new parts in terms of their appearance. If one of the key objectives of the brake inspection is to assess whether billed parts were actually installed and, if the parts in question are not generally consistent with being new parts, the forensic engineer should report the inconsistency between the physical evidence and the service documentation to the client. At this point additional testing or investigation might be required to determine the likely cause for the apparent discrepancy between the corroded condition of the brake component and the invoice that indicated that a new part had been installed.

14. When the physical condition of evidence suggests that the component is inconsistent with an invoice listing new parts that were installed, the standard of care requires the engineer to report that inconsistency to the client. An engineer should not report that an inspection found no

deficiency in a brake service when the condition of the components in the inspection's own photographs suggest that the invoiced components were not installed.

15. An engineer who directs an inspection performed by another member of the firm, and reports its results to the client, should review the inspection photographs before reporting.

16. It is my opinion that Knott Laboratory, LLC, Henry V. Mowry, P.E., and Jason P. Evans each failed to meet the standard of care.

17. Mr. Evans breached the standard of care by: (a) failing to recognize that the rotors he photographed, uncoated, heavily corroded, were not visually consistent with the new painted rotors billed on Invoice No. 242209; (b) failing to compare the visible condition of the rotors against the invoice he had been given; and (c) failing to report that inconsistency.

18. Mr. Mowry breached the standard of care by: (a) apparently failing to review the inspection photographs, which showed that the rear rotors were not visually consistent with the new painted rotors billed on Invoice No. 242209, before reporting the results to the client; (b) reporting that the inspection found no deficiency in the Tires Plus brake service when the inspection's own photographs showed an visual inconsistency with the billed rotors; and (c) failing to report that inconsistency.

19. Knott Laboratory, LLC, acting through Mr. Mowry and Mr. Evans, breached the standard of care in each of the ways described in paragraphs 20 and 21.

20. Had Mr. Evans and Mr. Mowry met the standard of care, Knott Laboratory would have reported to Wetherington Law Firm, P.C. in October 2022 that its own photographs showed the rear rotors were visually inconsistent with new painted rotors billed on Invoice No. 242209.

21. I have never been disqualified as an expert witness and have never been convicted of fraud or perjury.

22. I hold these opinions to a reasonable degree of engineering certainty. They are not exhaustive, and I may supplement them as discovery proceeds.

23. I give this Affidavit under O.C.G.A. 9-11-9.1. It sets forth at least one negligent act or omission by each of Knott Laboratory, LLC, Henry V. Mowry, P.E., and Jason P. Evans, and the factual basis for each.

**FURTHER AFFIANT SAYETH NOT.**

Erick H. Schlender, P.E.

Sworn to and subscribed before me this 19th day of October, 2026.

Notary Public

My commission expires: 6-7-2029

MITZI C. SAXON
NOTARY PUBLIC
EXP. June 7, 2029
CHEROKEE COUNTY, GA

# EXHIBIT 1

# Curriculum Vitae of

# Erick H. Schlender, P.E.

**APPLIED TECHNICAL SERVICES**

www.atslab.com • 1049 Triad Court • Marietta, GA 30062 • 770-423-1400

# Erick H. Schlender, P.E.

**Applied Technical Services**
**1049 Triad Court**
**Marietta, Georgia 30062**
**Mobile: 404-933-0604**
**eschlender@atslab.com**

## EDUCATION

Bachelor of Science in Mechanical Engineering, Georgia Institute of Technology, 2003
- Emphasis: Mechanical Design
- Graduated with Highest Honors
- Pi Tau Sigma – Honorary Mechanical Engineering Fraternity

## REGISTRATIONS & CERTIFICATIONS

- Registered as a Professional Engineer in Alabama (#40139), Georgia (#PE035114), Florida (#73698), South Carolina (#31048), North Carolina (#40586), Tennessee (#127019), Virginia (#0402062983)
- National Council of Examiners for Engineering and Surveying (NCEES) Record Holder
- Certified Fire and Explosion Investigator (CFEI) – National Association of Fire Investigators (2012-2014)
- Certified Vehicle Fire Investigator (CVFI) – National Association of Fire Investigators (2011-2014)
- Certified Forklift Operator
- Powered Access Licensed-Registration: Operator, Mobile Vertical & Mobile Boom personnel lifts – IPAF/AWPT (2010-2015)
- Transportation Worker Identification Credential (TWIC)

## CAREER HISTORY – ENGINEERING

**Applied Technical Services:** Senior Forensic Engineer (10/2018 – Present)
- Conducted engineering investigations and testing related to automotive parts, beverage dispensers, boom lifts, booster pumps, bridges, circuit breakers, commercial & residential plumbing & piping systems, commercial building sites, commercial roll up doors, concrete equipment, conveyors, cranes, electric rope shovels, elevators, equipment fires, fasteners, fan & blower motors, firefighting equipment, firearm component testing, forklifts, gangways, gates, golf cars and ATVs, hangar doors, helicopters, hydraulic systems, HVAC control switches, latches, material handling systems, municipal wastewater drain lines, outdoor power equipment, packaging machines, petroleum, steam & water piping, personal fall protection harness systems, power tools, residential construction, sawmills, skid steers, sliding & rollup doors, stock

pickers, street car controllers, track loaders, vacuum pumps, water loss evaluations, water pumps, wire rope.
- Performed physical testing to support forensic investigations.
- Conducted building code, and standards research to support forensic investigations.
- Experienced in giving court room and deposition testimony.
- Designed, fabricated, and tested feasible design alternatives to assist in product liability claim litigation.
- Experienced in using X-Ray, CT scanning, 3D laser scanners, thermal (IR) imagers to support investigations and aid in failure analysis, the documentation of complex geometry, incident scenes, non-destructive examination of evidence, and to document product design details.
- Performed direct product testing and/or failure analysis for OEM's, including manufacturers of food service, elevators, golf cars, and medical diagnostic and testing equipment, pumps.

**Enercon Services, Inc.:** Lead Design Engineer, Stress Analysis/Structural Group (11/2012 – 10/2018)
- Led a team of Civil and Mechaniclengineers developing piping and structural modifications for nuclear power plants. Capital projects involved supplemental chilled water-cooling systems, heat exchangers, valves, and pump stations.
- Experienced in use of 3D laser scans and photogrammetry to support complex pipe routing and equipment layout tasks inside of the nuclear reactor containment structure.
- Performed pipe stress analysis on power piping in accordance with ASME B31.1 Power Piping code.
- Developed general arrangements of pump and valve stations and heat exchanger equipment skids.
- Designed Custom Heat Exchanger Equipment.
- Performed calculations to determine fluid jet impingement loads on targets inside nuclear containment structures. Performed calculations to determine thrust loads acting on piping and structural supports due to fluid discharge from line breaks, fire hose connections, and other nozzles.
- Qualified piping, pressure vessels and equipment support designs for dead, thermal, seismic, and rotating equipment vibration loads.

**FORCON International:** Forensic Engineer (Consultant 10/2009 – 9/2011, Direct 9/2011 – 11/2012)
- Conducted forensic engineering investigations related to general machinery and products, including production machinery, machine tools, construction tools, press brakes, saws, grinders, elevators, plumbing fixtures, personnel lifts, forklifts, scaffolding, commercial gates, furniture, fasteners, and vehicles.
- Conducted fire investigations related to fuel oil burners, agricultural crop dryer systems, gasoline powered industrial equipment, air compressors and vehicles.
- Workplace accidents: analysis of extrinsic factors and OSHA/standards compliance.
- Pedestrian walkway safety: analyze slip resistance, fall hazards, other extrinsic factors, and codes/standards compliance. Consultant to the manufacturer of Robert Brungraber-designed tribometers.
- Specified & designed fixturing electronic instrumentation hardware for use in experimental determination of spinal impact loading experienced by chair occupant during support column collapse.

**Hopewell Designs, Inc.:** Mechanical Design Engineer (11/2006 – 9/2011)
- Responsible for complete mechanical design of automated equipment used in various government & privately-owned laboratories around the world for calibration of radiation detection instruments.
- Equipment designed includes numerous pneumatically actuated systems, hydraulic & motorized motion system components.

- Lead design engineer on multiple machine vision camera-based inspection systems. Specified hundreds of sensors, switches, transducers and conducted R&D to determine suitability of sensors for a variety of custom applications involving radiation detection, high speed positioning, long distance radioactive source transfer sytems.
- Designed chain drive, belt drive, lead screw and ball screw positioning systems for medical, industrial, and R&D applications.
- Lead design engineer on x-ray and radioactive source positioning systems for use in medical, industrial, aerospace, military, R&D, and instrument calibration fields.
- Designed various radioactive lead shielding products including shipping & storage containers and performed design analysis to confirm compliance with DOT transport requirements and relevant radiation-related Federal regulations, ANSI & AWS standards.
- Project Engineer for Walk-In X-Ray Vaults used to support the research efforts of NASA, Schlumberger & Westinghouse. Performed structural calculations needed to support design of modular assembly fabricated from over 120,000 lbs of lead & steel. Project for NASA won a Johnson Space Center Group Achievement Award. Responsible for all design related aspects of project.

**Freudenberg-NOK:** Process Development Engineer (5/2005 – 11/2006)
- Responsible for improving quality and efficiency of automotive oil seal production line with rubber compression & injection molding finishing & assembly machines.
- Designed automatic injection molding crash detection system utilizing various types of position and pressure transducers controlled by a programmable logic controller (PLC).
- Designed custom mechanisms for improving assembly line processes.
- Designed automated pick-and-place computer vision inspection system for oil seal staking machine.
- Traveled twice to Japan for training in oil seal rubber molding and finish tooling operation & design, and to facilitate knowledge transfer from Japan-based engineering group to U.S. operations.

**DVT Corporation (Cognex Corporation):** Graduate Engineering Co-op (Summer 2004)
- Developed a set of statistical analysis tools written in C++ that were incorporated into DVT's Insight machine vision inspection software.

**Georgia Institute of Technology:** Undergraduate Research Assistant (Spring 2003):
- Designed & machined tooling & ultrasonic transducer positioning jigs used to research of robotic welding techniques.

**Siemens Energy & Automation:** Mechanical Engineering Co-op (2001-2002)
- Designed a demonstration/research assembly showcasing a line of state-of-the-art servomotors and drivers.
- Performed research investigating the variation in motor torque as it related to motor temperature variation.

**Hibble, Peters & Dawson, Inc:** Mechanical Draftsman (1998-2001)
- Drafted HVAC & Plumbing systems for commercial buildings such as hospitals and data call centers.
- Assisted with efforts to improve drafting efficiency & quality by implementing programmable macros across department design computers.

## CAREER HISTORY – BUILDING TRADES

**Schlender Remodeling:** Carpenter (1995-98)

- Worked on all aspects of residential building systems including concrete placement and foundations, framing, finishing and architectural fine woodworking, tile, flooring, stairs, roofing, flashing, insulation, doors and windows, building envelope, plumbing, electrical, and construction project management.

## CONTINUING EDUCATION

***Graduate Coursework, Georgia Institute of Technology***

- Topics studied include: mechanical vibrations, robotics, machine vision, mathematics, metrology systems

***Safety***

- Occupational Safety& Health Standards for Machinery & Machine Guarding (30 hours) OSHA Training Institute/Georgia Institute of Technology

***Vehicles***

- Vehicle Fire, Arson, and Explosion Investigation - National Association of Fire Investigators
- Traffic Crash Reconstruction – Northwestern University Center for Public Safety

***Miscellaneous***

- General Topics in Forensic Engineering - National Academy of Forensic Engineers
- Participant, ASTM F13 Interlaboratory Study on F2508ADJ reference tile slip resistance, Orlando, Florida

## SOFTWARE & EQUIPMENT TRAINING & EXPERIENCE

- Solidworks, Autodesk Inventor, Fusion 360 & PTC Pro/ENGINEER 3D CAD/CAE Packages
- CosmosWorks Finite Element Analysis
- MSC/NASTRAN, MD NASTRAN, LS-DYNA, Finite Element Analysis Codes
- MathWorks MATLAB, MathCad, Mathematical Modeling Codes
- Certified Zeiss Metrotom Computed Tomography (CT) Scanner Operator
- FARO Focus 3D Laser Scan Operator
- FARO Quantum ScanArm Operator
- Extensive experience with various data collection and process measurent equipment and a variety of sensing technologies including load cells, accelerometers, position transducers, pressure transducers, temperature, level, and flow control systems.

## PROFESSIONAL ASSOCIATIONS

- American Society of Safety Professionals (ASSP)
- National Society of Professional Engineers (NSPE)
- National Council of Examiners for Engineering and Surveying (NCEES) – Mechanical P.E. Exam Development Committee Member
- National Association of Fire Investigators (NAFI) – (2011 – 2014)

- Society of Automotive Engineers (SAE International)

## OTHER SKILLS & INTERESTS

- Automotive Mechanical Work
- Residential Construction Experience
- FCC licensed amateur radio operator (KG4CQH, Exp. 3/2019)
- Over 30 years experience using woodworking equipment.
- Experienced user of metal machining & fabrication equipment includes using lathes, mills, drills, grinders, saws, punches, and various metal working tools.
- MIG, TIG, & Arc welding experience.

## SPEAKING ENGAGEMENTS

Topic: ***"Investigation into the Survivability of an Irradiation Basin Liner Subjected to Impact Loading Resulting from the Hypothetical 30 Foot Drop of a Radioactive Shipping Cask"*** presented to:

- American Society of Mechanical Engineers, Early Career Technical Conference, November 2-3, 2012, Atlanta, Georgia

Topic: ***"Forensic Engineering Investigation of a fall from a Construction Machine"*** presented to:

- National Academy of Forensic Engineers, January 15, 2011, Tucson, Arizona

Topic: ***"Forensic Engineering Analysis of Reliance on Standards in a Multi-Defendant Cross Claim Case"*** presented to:

- National Academy of Forensic Engineers; January 7, 2012, Miami, Florida

**Georgia Institute of Technology**, School of Industrial Design, College of Design:
Three-time guest lecturer of junior/senior/masters level course entitled "*Materials and Processes*"

## PUBLICATIONS

Schlender EH. "Investigation into the Survivability of an Irradiation Basin Liner Subjected to Impact Loading Resulting from the Hypothetical 30 Foot Drop of a Radioactive Shipping Cask", *ASME Early Career Technical Journal,* 2012 ASME Early Career Technical Conference, November 2-3, 2012, Atlanta, Georgia.

Leffler JP, Schlender EH. Forensic Engineering Analysis of Reliance on Standards in a Multi-Defendant Cross Claim Case. *Journal of the National Academy of Forensic Engineers*, Volume 27, No. 2, December 2010, 41-54.

Leffler JP, Schlender EH. "Forensic Engineering Investigation of a Fall from a Construction Machine", *Journal of the National Academy of Forensic Engineers*, Volume XXVI, No. 2, December 2009, 63-73.

## SAMPLING OF INVESTIGATIVE EXPERIENCE

Structural Integrity – Commercial Construction, Bridges and Gangways, Fixed Ladder Anchorage Systems, Gib Crane

Machine Safeguarding – General Industry including: Fruit Sorting Line Equipment, Metals Processing, Food Processing, Packaging Machinery, Paper Processing, Lumber Mills

Product Liability – Standards Research, Prototype Development to Demonstrate Feasibity of Alternative Designs, Analysis & physical testing of machining operations, Physical testing to determine potential failure modes

Building Systems – Fire Protection, Potable Water Supply & Distribution Systems, Pumps & Plumbing Systems, Natural Gas Piping, Roll Up Doors, Busway Arc Failures, Commercial Lighting, Systems, Commercial Gates, Booster Pumps, Elevators, Fire Protection Piping, Building Louvers

Premise Liability – Slip/Trip and Falls, Code Compliance and Slip Resistance Testing, Hangar Doors, Roll-Up Doors

Electrical & Mechanical Systems – Fuel Oil Burners, Boilers, Aerial Work Platforms, Gas Fired Drying Systems, Vehicle Lifts, Drawer & Slide Systems, Sliding & Roll Up Doors, Fall Restraint Systems, Firearm Components, Power Tool Equipment, Medical X-ray Positioning System, Freezer & Cooler fires

Workplace Safety – General Industry and Equipment including: Forklifts, Scaffolding, and Construction Machinery, Woodworking Equipment, Material Handling, Conveyor Belts, Sawmill Equipment, Boom Lifts, Scissor Lifts, Cutting & Grinding Machine Shop Equipment

# EXHIBIT 2

# IMG_2487



# EXHIBIT 3

# Photograph of Rear Brake Rotor



E-FILED IN OFFICE - AJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/19/2026 5:18 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

WETHERINGTON LAW FIRM, P.C.
1800 Peachtree Street NW, Suite 370
Atlanta, GA 30309

PLAINTIFF

CIVIL ACTION NUMBER: 26-C-11297-S7

VS.

Jason P. Evans
303 Meadows Circle, Bayfield, CO 81122

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

**You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

Robert N. Friedman, Esq.
Wetherington Law Firm, P.C.
1800 Peachtree Street NW, Suite 370, Atlanta, GA 30309

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This ________ day of** 20th day of October, 2026, **20____.**

**Tiana P. Garner**
**Clerk of State Court**

**By** [signature]
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - AJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/19/2026 5:18 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

WETHERINGTON LAW FIRM, P.C.
1800 Peachtree Street NW, Suite 370
Atlanta, GA 30309

PLAINTIFF

CIVIL ACTION NUMBER: 26-C-11297-S7

VS.

Knott Laboratory LLC
c/o Corporation Service Company
2 Sun Ct, Ste 400, Peachtree Corners, GA 30092

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

**You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

Robert N. Friedman, Esq.
Wetherington Law Firm, P.C.
1800 Peachtree Street NW, Suite 370, Atlanta, GA 30309

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This** ____________ **day of** 20th day of October, 2026, **20**____.

**Tiana P. Garner**
**Clerk of State Court**

**By** [signature]
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

EFILED IN OFFICE - AJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/19/2026 5:18 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

WETHERINGTON LAW FIRM, P.C.
1800 Peachtree Street NW, Suite 370
Atlanta, GA 30309

PLAINTIFF

CIVIL ACTION NUMBER: 26-C-11297-S7

VS.

Hank V. Mowry
708 Pattee Hill Road, Milton, VT 05468

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

**You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

Robert N. Friedman, Esq.
Wetherington Law Firm, P.C.
1800 Peachtree Street NW, Suite 370, Atlanta, GA 30309

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This ________________ day of** 20th day of October, 2026**, 20____.**

**Tiana P. Garner**
**Clerk of State Court**

**By**________________________________
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/23/2026 7:18 PM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia** **County of Gwinnett** **State Court**

Case Number: 26-C-11297-S7

Plaintiff:
**Wetherington Law Firm, P.C.**

vs.

Defendant:
**Knott Laboratory LLC; et al.**

For:
Robert Friedman
Wetherington Law Firm, P.C.
1800 Peachtree St NW
Ste 370
Atlanta, GA 30309

Received by Ancillary Legal Corporation on the 21st day of October, 2026 at 2:35 pm to be served on **Jason P. Evans, 303 Meadows Cir, Bayfield, CO 81122**.

I, Adam Howell, being duly sworn, depose and say that on the **22nd day of October, 2026** at **11:02 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons; Plaintiff's Complaint and Demand for Jury Trial; Exhibits A-B, 1-3; General Civil and Domestic Relations Case Filing Information Form to Jessica Evans** as **Wife & Co-Resident** at the address of: **303 Meadows Cir, Bayfield, CO 81122**, the within named person's usual place of **Abode**, who resides therein, and is a person of suitable age and discretion.

**Additional Information pertaining to this Service:**
10/22/2026 11:02 pm Perfected substitute service to Jessica Evans, who is the wife of Jason P Evans. They live together.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 22 day of October, 2026 by the affiant who is personally known to me.

Dustin Robbins
NOTARY PUBLIC

DUSTIN LEE ROBBINS
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20234002596
MY COMMISSION EXPIRES JAN 20, 2027

Adam Howell
**Adam Howell**

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2026019247
Ref: Clayton Williams

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/29/2026 4:26 PM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia** **County of Gwinnett** **State Court**

Case Number: 26-C-11297-S7

Plaintiff:
**Wetherington Law Firm, P.C.**

vs.

Defendant:
**Knott Laboratory LLC; et al.**

For:
Robert Friedman
Wetherington Law Firm, P.C.
1800 Peachtree St NW
Ste 370
Atlanta, GA 30309

Received by Ancillary Legal Corporation on the 21st day of October, 2026 at 1:46 pm to be served on **Hank V. Mowry, 708 Pattee Hill Rd, Milton, VT 05468**.

I, Grant Goebel, being duly sworn, depose and say that on the **24th day of October, 2026** at **10:26 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons; Plaintiff's Complaint and Demand for Jury Trial; Exhibits A-B, 1-3; General Civil and Domestic Relations Case Filing Information Form** to: **Hank V. Mowry** at the address of: **708 Pattee Hill Rd, Milton, VT 05468**.

**Additional Information pertaining to this Service:**
10/24/2026 10:26 am Perfected individual service to Hank V. Mowry.

**Description** of Person Served: Age: ~40, Sex: M, Race/Skin Color: White, Height: ~6'0", Weight: 190, Hair: Blonde, Glasses: N

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 26th day of October, 2026 by the affiant who is personally known to me.

________________________
NOTARY PUBLIC

________________________
**Grant Goebel**

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2026019248
Ref: Clayton Willliams

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

THOMAS F. DEMERS
Notary Public, State of Vermont
Commission No. 157.0004209
My Commission Expires Jan. 31, 2027

EFILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
26-C-11297-S7
10/26/2026 7:45 PM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia** **County of Gwinnett** **State Court**

Case Number: 26-C-11297-S7

Plaintiff:
**Wetherington Law Firm, P.C.**

vs.

Defendant:
**Knott Laboratory LLC; et al.**

For:
Robert Friedman
Wetherington Law Firm, P.C.
1800 Peachtree St NW
Ste 370
Atlanta, GA 30309

Received by Ancillary Legal Corporation on the 21st day of October, 2026 at 1:46 pm to be served on **Hank V. Mowry, 708 Pattee Hill Rd, Milton, VT 05468**.

I, Grant Goebel, being duly sworn, depose and say that on the **24th day of October, 2026** at **10:26 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons; Plaintiff's Complaint and Demand for Jury Trial; Exhibits A-B, 1-3; General Civil and Domestic Relations Case Filing Information Form** to: **Hank V. Mowry** at the address of: **708 Pattee Hill Rd, Milton, VT 05468**.

**Additional Information pertaining to this Service:**
10/24/2026 10:26 am Perfected individual service to Hank V. Mowry.

**Description** of Person Served: Age: ~40, Sex: M, Race/Skin Color: White, Height: ~6'0", Weight: 190, Hair: Blonde, Glasses: N

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the _____ day of _______________, _______ by the affiant who is personally known to me.

_____________________________
NOTARY PUBLIC

_____________________________
**Grant Goebel**

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2026019248
Ref: Clayton Willliams

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i